UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,          )
                                   )   NO. CR-11-2131-EFS
                   Plaintiff,      )
                                   )   ORDER DENYING BAIL REVIEW
        v.                         )   MOTION **(Ct. Rec. 60)**
                                   )
JUAN JOSE NUNEZ,                   )
                                   )
                   Defendant.      )
                                   )

On February 22, 2012, this court held a bail review hearing. Thomas Hanlon, appeared for the government and Defendant was present with counsel Alison Guernsey.

The Court **GRANTED** Defendant's Motion to Seal Exhibit in Support of Motion To Reconsider Defendant's Motion for Release. **(Ct. Rec. 65)**

Counsel for the defendant moved for defendant's release on conditions stating there are conditions that can be fashioned which would address risk of flight and danger to the community. The government is opposed to releasing Defendant on any conditions and has invoked the rebuttable presumption under Section 3142(e). Defendant is facing five consecutive sentences of 5 years each if convicted of the crimes charged.

Argument from counsel was heard.

The Court, based on Defendant's significant history of criminal behavior and gang association and Defendant being known

ORDER ON BAIL REVIEW HEARING

1   to Wapato Law Enforcement as a dangerous person and Defendant's

2   arrest behavior being inconsistent with someone who is not a risk

3   of flight or danger to the community, and after considering U.S.

4   Probations Supplemental Pretrial Services Report, finds there have

5   been no changes in circumstances since the Court's previous Order

6   Granting Motion for Detention (Ct. Rec. 18) and the Order Denying

7   Bail Review (Ct. Rec. 59). Defendant remains a danger to the

8   community.  Defendant's motion to reconsider conditions of release

9   is **DENIED**. **(Ct. Rec. 60)**

10      Defendant shall remain in custody of the U.S. Marshal.

11      **IT IS SO ORDERED.**

12      DATED this 22th day of February, 2012.

13

14                              s/ James P. Hutton
                                JAMES P. HUTTON
15                     United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER ON BAIL REVIEW HEARING