PROB 12C
(6/16)

Report Date: October 21, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Juan Jose Nunez | Case Number: | 0980 2:11CR02131-EFS-1 |
| Address of Offender: | | Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 11, 2012

| | |
|---|---|
| Original Offense: | Possession of Firearm in Furtherance of Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A); Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 96 months    Type of Supervision: Supervised Release |
| | TSR - 60 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon    Date Supervision Commenced: June 10, 2019 |
| Defense Attorney: | Federal Defenders Office    Date Supervision Expires: June 9, 2024 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| 2 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged that Juan Nunez violated the terms of his supervised release by possessing a controlled substance, methamphetamine, and being charged with conspiracy to distribute 50 grams or more of actual (pure) methamphetamine, beginning April 2020, and continuing until on or about December 9, 2020.

On June 10, 2019, the undersigned officer explained the conditions of supervision to him. He signed his judgment indicating he understood all of the conditions, and he was provided a copy of his judgment.

Prob12C
Re: Nunez, Juan Jose
October 21, 2021
Page 2

On October 19, 2021, Mr. Nunez was indicted in the Eastern District of Washington under case number 2:21-CR00147-TOR-1 for Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1),(b)(1)(A)(viii), 846.

On October 21, 2021, he was arrested in this matter.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/21/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

October 22, 2021

Date